1  THEODORE C. CHEN, CSBN 206647
2  LAW OFFICES OF FARSHAD OWJI, P.A.
   473 Jackson Street, Second Floor
3  San Francisco, California 94111
   Telephone:    (415) 693-9583
4  Facsimile:    (415) 693-9584
5
   Attorneys for Plaintiff
6
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10
11  Akbar HOSSEINI                          )  Case No.:
12                                          )
                                            )
13        Plaintiff,                         )
                                            )
14     v.                                    )
                                            )
15                                          )
    MICHAEL B. MUKASEY, Attorney General of the )  COMPLAINT FOR DECLARATORY
16  United States in his official capacity;  )  AND INJUNCTIVE RELIEF AND
    ROBERT S. MUELLER, Director of FBI in his )  FOR A WRIT IN THE NATURE OF
17  official capacity;                       )  MANDAMUS TO COMPEL
    MICHAEL CHERTOFF, Secretary of the      )  DEFENDANTS' DETERMINATION
18  Department of Homeland Security in his official )  OF FORM N-400, APPLICATION
    capacity;                                )  FOR NATURALIZATION
19  EMILIO T. GONZALEZ, Director of the United )  USCIS Case # A073-124-743
20  States Citizenship and Immigration Service in his )
    official capacity;                       )
21  ROSEMARY MELVILLE, District Director of the )
    San Francisco District Office of the United States )
22  Citizenship and Immigration Services, in her )
    official capacity;                       )
23  FRANCIS D. SICILIANO, Director of San Jose )
24  Field Office of the United States Citizenship and )
    Immigration Services, in his official capacity; )
25                                          )
26        Defendants.                        )
                                            )
27
28

                        COMPLAINT- 1

## COMPLAINT FOR WRIT OF MANDAMUS
## IMMIGRATION CASE

### ADMINISTRATIVE PROCEDURE ACT CASE

To the Honorable Judges of Said Court:

Plaintiff, Akbar Hosseini ("Mr. Hosseini"), through undersigned counsel, alleges as follows:

### INTRODUCTION

This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

This action is brought to compel Defendants and those acting under them to take action on a Form N-400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the United States Citizenship and Immigration Services (USCIS) California Service Center on or about February 27, 2006 by Mr. Hosseini (See Ex. 2, I-797 Receipt notice for Application for Naturalization dated February 27, 2006). Mr. Hosseini was interviewed by Immigration Officer Ayran on June 29, 2006 and successfully passed the English language and history and government tests. Adjudicating Officer Ayran submitted Naturalization Interview Result (N-652) stating that a decision cannot yet be made about his application since the FBI name check is pending and, he will receive a written decision about his application. (See Ex. 3, Form N-652, Naturalization Interview Results, for proof of successful passage of both tests Dated June 29, 2006) To this day, over 1.4 years after the interview, Mr. Hosseini still awaits the decision. Certainly, more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

## JURISDICTION

This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361 to redress the deprivation of rights, privileges, and immunities secured to Plaintiff, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiff.

Jurisdiction is also conferred by 5 U.S.C. § 704. Plaintiff Akbar Hosseini is aggrieved by adverse agency action or inaction in this case, as Administrative Procedures Act requires in order conferring jurisdiction on the District Courts. 5 U.S.C. § 702.

This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§2201 and 2202.

Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504, and 28 U.S.C. 2412 (d).

## INTRADISTRICT ASSIGNMENT

Intradistrict Assignment according to the Civil Local Rule 3-2(c) is the proper court. This case arose in San Jose County.

## VENUE

Venue in the Northern District of California is proper pursuant to 28 U.S.C. §1391(e) in that a substantial part of the activities complained of occurred in the Northern District of California and the Plaintiff resides in this Judicial District.

## PARTIES

Plaintiff AKBAR HOSSEINI, A 073-124-743, who is a native and a citizen of Iran, was lawfully admitted for permanent residence on February 01, 2001 and currently resides in Los Gatos, California. (See Ex. 1 copy of Mr. Hosseini's Resident Alien Card; Copy of Mr. Hosseini's Driving License; Copy of Form I-94 of Mr. Hosseini as an Asylee)

1    Defendant MICHAEL B. MUKASEY is the Attorney General of the United States. He

2    has "sole authority to naturalize persons as citizens of the United States." 8 U.S.C. §1421.

3    Defendant ROBERT S. MUELLER is the Director of the FBI the agency in charge of

4    completing the background checks for immigration applications.

5    Defendant MICHAEL CHERTOFF is the Secretary of the Department of Homeland

6    Security, an agency of the United States government involved in the acts challenged in this

7    action.

8    Defendant EMILIO T. GONZALEZ is the Director of the United States Citizenship and

9    Immigration Services; an agency involved in the acts challenged in this action, and is a

10   subordinate agency within the Defendant the Department of Homeland Security.

11   Defendant ROSEMARY MELVILLE is the District Director of the United States

12   Citizenship and Immigration Services in San Francisco, in his official capacity. This office is

13   an agency responsible for conducting interviews of naturalization applicants, making the

14   determination to grant or deny the application, and conducting ceremonies to administer the

15   oath of allegiance for persons applying for naturalization.

16   Defendant FRANCIS D. SICILLIANO is the field office director of the United States

17   Citizenship and Immigration Services in San Jose, where this application was filed and it is

18   currently pending.

19

20                          **THE CHALLENGED PRACTICE**

21   Despite the apparent intent of Congress to provide the applicants for naturalization with

22   substantial rights and procedural safeguards, Defendants have failed to approve Plaintiff's N-

23   400 application and schedule the oath taking ceremony in a timely fashion.

24

25

26

27

28

# FACTUAL ALLEGATIONS

Mr. Hosseini is native and citizen of Iran. Mr. Hosseini received his Lawful Permanent Resident status as an asylee who has been physically present in the United States for more than one year pursuant to INA Section 209(a).    (See Ex. 1)

1.      Mr. Hosseini's Permanent Resident Status was granted on February 01, 2001 (See Ex. 1), and he became statutorily eligible to file a Form N-400, Application for Naturalization, on November 01, 2005, four years and nine months after to grant of Permanent Resident Status.

2.      Mr. Hosseini filed his Form N-400, Application for Naturalization, with the USCIS California Service Center on February 26, 2006. (See Ex. 2, I-797 Receipt notice for Application for Naturalization dated February 26, 2006)

3.      Mr. Hosseini was interviewed by Immigration Officer Ayran on June 29, 2006 and successfully passed the English language, history, and government tests. Adjudicating Officer Ayran submitted Mr. Hosseini Naturalization Interview Result (N-652) stating that a decision cannot yet be made about his application since the FBI name check is pending and he will receive a written decision about his application (See Ex. 3). To this day, over 1.4 years after the interview, Mr. Hosseini still awaits the decision.

4.      Mr. Hosseini has inquired about his Application numerous times to USCIS San Jose personally. For all his inquiries, He received a verbal statement that his case is not ready for decision as the required investigation into his background remains open. He was further informed that until the FBI background investigation is completed the service cannot move forward on his case.

5.      The usual processing time for adjudication of Naturalization application in this district is at most 8 months according to defendants own reports (See Ex. 4 USCIS Processing Dates for the San Jose Office posted on October 15,2007).

6.      It has been over 1.8 years from the date that Mr. Hosseini has filed his application. It has passed more than 1.3 years since Mr. Hosseini has been interviewed by

the defendants. There is no indication of a time by defendants that when Mr. Hosseini's application will be completed. Certainly there is likelihood that Mr. Hosseini's case will remain pending for years.

7.    Mr. Hosseini did not waive the 120-day clock in the adjudication of his application.

8.    Mr. Hosseini is a law obedient person and there is no reason to disqualify him for naturalization.

9.    Mr. Hosseini is statutorily eligible for Naturalization and he wishes to exercise the rights granted to the citizens of the United States, including the right to vote, right to obtain a United States passport.

10.    Mr. Hosseini is married to Nancy Judith Cruz Alonso who is a citizen of Mexico. Mr. Hosseini would like to exercise his right to Petition for his wife as a United States citizen. Should Mr. Hosseini petition for his wife as a Legal Permanent Resident, Ms. Cruz Alonso has to wait more than four years to gain her permanent resident status. (See Ex. 5 Translated Copy of Birth certificate of Nancy Judith Cruz Alonso, Biographic Page of Mrs. Cruz Alonso's Passport; Marriage Certificate of Plaintiff Mr. Hosseini and His Wife Mrs. Cruz dated January 18, 2000; Visa Bulletin Number 112 for November 2007).

11.    Delay in Mr. Hosseini's naturalization has had, and continues to have, a significant impact on his life.

## CLAIMS

1.    Defendants have willfully and unreasonably delayed in and have refused to adjudicate the plaintiff's application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

2.    Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

3.     Defendants are in violation of the Administrative Procedure Act, 5 U.S.C §§701-706

    a.   In that they have unlawfully withheld and unreasonably delayed agency action to which Plaintiff is entitled, and

    b.   In that they have taken action that is arbitrary and capricious, an abuse of discretion, and not in accordance with law:

        i.    By failing to make a determination on the naturalization application of the Plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted, as required by 8 U.S.C §1447 and 8 C.F.R. §335.3;

        ii.   By failing to notify Plaintiff that his application has been grated or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance as required by 8 C.F.R. §335.3;

        iii.  By failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month to minimize unreasonable delays as provided by 8 U.S.C. §1448(d) and 8 C.F.R §337.2(a).

4.     As a result of Defendants' violation of the abovementioned requirements, their failure to timely process Plaintiff's application, and to conduct a ceremony to administer the oath of allegiance, Plaintiff has been unlawfully deprived of either: The opportunity to timely obtain the unique benefits of citizenship, or if naturalization would have been denied, the right to a timely reexamination to overcome deficiencies or submit required evidence under 8 C.F.R. §335.3 within 120 days of the initial examination or the right to a timely review hearing before an immigration officer under 8 U.S.C §1447(a) and 8 C.F.R. §336.2; the right to file timely a petition for review in the District Court under 8 U.S.C. §1421(c) and 8 C.F.R. §§ 336.9(b)-(c); or the right to timely file a new application for naturalization.

5.     Plaintiff has no other administrative remedies.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1.      Accept jurisdiction and maintain continuing jurisdiction of this action.

2.      Declare as unlawful the violation by Defendants of 8 U.S.C. §§1447(b), 1448(d) and 8 C.F.R. §§335.3, 337.2(a) in failing to make a determination on the naturalization application of the named plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; failing to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance; and failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month where it is required to minimize unreasonable delays.

3.      Declare as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C. §706(1), 8 U.S.C. §§ 1447(b), 1448(d,) and 8 C.F.R. §§335.3 and 337.2(a) in failing to make a determination on the naturalization application of the named plaintiff at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; failing to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance; and failing to conduct a ceremony to administer the oath of allegiance at regular intervals as frequently as necessary to ensure timely naturalization, but at least once a month where it is required to minimize unreasonable delays.

4.      Declare as agency action that is arbitrary and capricious, an abuse of discretion, and not in accordance with law, pursuant to 5 U.S.C. §706(1), the violation by Defendants of 5 U.S.C. §706(1), 8 U.S.C. §1447(b) and 1448(d) and 8 C.F.R. §§ 335.3 and 337.2(a)

5.      Issue a preliminary and permanent injunction pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1) compelling Defendants to make a determination, under 8 U.S.C. §1447(b)

and 8 C.F.R. § 335.3, of the naturalization application of the named plaintiff and to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance.

6.     Issue a writ in the nature of mandamus, pursuant to 28 U.S.C. §1361 and 5 U.S.C. §706(1), compelling Defendants to make a determination of the naturalization application of the named plaintiff, to notify Plaintiff that his application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance, and to conduct a ceremony to administer the oath of allegiance within 120 days of the issuance of such writ.

7.     De novo review[1] and grant of the Naturalization Application in Court by this Court pursuant to INA § 336(b), 8 USC § 1447(b); INA § 335, 8 USC §1446, where the statute specifically provides for judicial review for stalled naturalization applications when the agency fails to make a decision on the application within 120 days after the examination.

8.     Grant such other relief as this Court may deem just and proper.

9.     Grant attorneys' fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. §2412.

Dated:   November _16_, 2007.


_Theodore C. Chen_
THEODORE C. CHEN
Law Offices of Farshad Owji, P.A.
Attorney for Plaintiff
473 Jackson Street 2 Fl
San Francisco, CA 94111

---

[1] *See United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004) (*en banc*) (comparing judicial review under § 1447(b) to judicial review of a final denial of a naturalization application under 8 U.S.C. § 1421(c)).

**VERIFICATION**

I, Theodore C. Chen, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint for Declaratory and Injunctive Relief and for a Writ in the Nature of Mandamus to Compel Defendants' Determination of Form N-400 Naturalization Applications are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on this /6th Day of November, 2007.

Theodore C. Chen, Esq.
LAW OFFICES OF FARSHAD OWJI P.A.
Attorney for Plaintiff
473 Jackson Street 2 Fl
San Francisco, CA 94111

# LIST OF ATTACHMENTS

| Exhibit | Description of Document |
|---|---|
| 1 | Copy of Mr. Hosseini's Resident Alien Card |
| | Copy of Mr. Hosseini's Driving License |
| | Copy of Form I-94 of Mr. Hosseini As an Asylee |
| 2 | I-797 Receipt notice for Application for Naturalization dated February 27, 2006 |
| 3 | Form N-652, Naturalization Interview Results, for proof of successful passage of both tests Dated June 29, 2006 |
| 4 | Printout of the U.S. Citizenship and Immigration Services, Processing Dates for the San Jose Office posted on October 15,2007 |
| 5 | Translated Copy of Birth certificate of Nancy Judith Cruz Alonso, Biographic Page of Mrs. Cruz Alonso's Passport Marriage Certificate of Plaintiff Mr. Hosseini and His Wife Mrs. Cruz dated January 18, 2000, Visa Bulletin Number 112 for November 2007 |

# EXHIBIT 1



PERMANENT RESIDENT CARD
NAME HOSSEINI, AKBAR

INS A# 073-124-743
Birthdate        Category    Sex
03/21/62         AS6         M
Country of Birth
Iran
CARD EXPIRES 02/26/12
Resident Since 02/01/01

C1USA0731247432LIN0100351154<<
5203219M1202269IRN<<<<<<<<<<<4
HOSSEINI<<AKBAR<<<<<<<<<<<<<<<





Departure Number

73 124 743

332413263 05

Immigration and
Naturalization Service

ASYLUM STATUS GRANTED
INDEFINITELY PURSUANT TO
SEC. 208 OF THE I&N ACT ON

I-94
Departure Record

OCT 1 0 1996

ZSF-003

14. Family Name

HOSSein

15. First (Given) Name

AKBAR

16. Birth Date (Day/Mo/Yr)

21 03 52

17. Country of Citizenship

IRAN

See Other Side

STAPLE HERE

# EXHIBIT 2

# I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | | NOTICE DATE |
|---|---|---|
| Receipt | | March 10, 2006 |
| **CASE TYPE** N400    Application For Naturalization | | **INS A#** A 073 124 743 |
| **APPLICATION NUMBER** WSC*001461175 | **RECEIVED DATE** February 27, 2006    **PRIORITY DATE** February 27, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

AKBAR HOSSEINI
20333 HEBARD RD
LOS GATOS CA 95033

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

Idudddilhuullulli

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            March 21, 1952
Address Where You Live:   20333 HEBARD RD
                          LOS GATOS CA 95033

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

---

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001569078

Form I-797C (Rev. 01/31/05) N

# EXHIBIT 3

U.S. Department of Homeland Security

Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#:  A73124743

On June 29, 2006, you were interviewed by USCIS Officer AYRAN

☑ **You passed the tests of English and U.S. history and government.**

☐ **You passed the tests of U.S. history and government and the English language requirement was waived.**

☐ **USCIS has accepted your request for a disability exception.** You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ **You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.**

☐ **You will be given another opportunity to be tested on your knowledge of U.S. history and government.**

☐ **Please follow the instructions on the Form N-14.**

☐ **USCIS will send you a written decision about your application.**

☐ **You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.**

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** ✓ **A decision cannot yet be made about your application.**

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

FBI Name Check Pending

Form N-652 (Rev. 01/04/05)N

**EXHIBIT 4**



Home   Contact Us   Site Map   FAQ

Search     (GO)

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet —

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | February 22, 2007 |
| N-600 | Application for Certification of Citizenship | April 15, 2007 |

Print This Page | Back

**11-08-2007 06:42 PM EST**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

# EXHIBIT 5

# COUNTY of SANTA CLARA
## SAN JOSE, CALIFORNIA

### LICENSE AND CERTIFICATE OF MARRIAGE   4200043  000213

MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

STATE FILE NUMBER · LOCAL REGISTRATION NUMBER

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM—FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|
| AKBAR | | HOSSEINI | 03/21/1952 |

| 2A. RESIDENCE—STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|
| 1255 SARATOGA AVE. | SAN JOSE | 95129 | SANTA CLARA | IRAN |

| 5. MAILING ADDRESS—IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE—MONTH, DAY, YEAR |
|---|---|---|---|
| | 1 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | 12/15/1992 |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION—YEARS COMPLETED |
|---|---|---|
| DIGITAL PREPRESS | COMPUTER | 18 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| SHABAN HOSSEINI | IRAN | CABRA SEMSARHA | IRAN |

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE—FIRST (GIVEN) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN 12C. | 13. DATE OF BIRTH—MONTH, DAY, YEAR |
|---|---|---|---|---|
| NANCY | JUDITH | CRUZ | | 12/25/1978 |

| 14A. RESIDENCE—STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY—OUTSIDE CALIFORNIA, ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 1803 LANDES AVE. | MILPITAS | 95035 | SANTA CLARA | MX |

| 16. MAILING ADDRESS—IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE—MONTH, DAY, YEAR |
|---|---|---|---|
| | 0 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION—YEARS COMPLETED |
|---|---|---|
| ACCOUTANT | FINANCIAL FIRM | 12 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| ALEJANDRO CRUZ | MX | JOSEFINA ALONSO | MX |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

| 23. SIGNATURE OF GROOM | 24. SIGNATURE OF BRIDE |
|---|---|
| ▶ Hossein | ▶ |

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS, REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER (DATE) MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 01/11/2000 | 04/10/2000 | 226817 | SANTA CLARA |

| | | 26B. NAME OF COUNTY CLERK | 26F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE) |
|---|---|---|---|
| | | Brenda Davis | DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS | 26B. ADDRESS—STREET AND NUMBER | 26C. CITY, STATE AND ZIP CODE |
|---|---|---|
| ▶ | 70 W. Hedding St. | San Jose, Ca. 95110 |
| 27A. SIGNATURE OF WITNESS | 27B. ADDRESS—STREET AND NUMBER | 27C. CITY, STATE AND ZIP CODE |
| ▶ | | |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

| | ON | January 18th | 2000 | 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 29B. RELIGIOUS DENOMINATION (IF CLERGY) |
|---|---|---|---|---|---|
| | | | | ▶ Dorian Cummings II | |
| | AT | San Jose, Santa Clara CALIFORNIA | | 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) Dorian Cummings II | 29D. OFFICIAL TITLE Deputy Commissioner |
| | | | | 29E. MAILING ADDRESS 70 W. Hedding St. S.J. | 29F. ZIP CODE Ca. 95110 |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30A. SIGNATURE OF LOCAL REGISTRAR | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) | 31. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| ▶ BRENDA DAVIS | ▶ S. N. Asher DEPUTY | JAN 24 2000 |

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR

VS-117 (1-98)

---

R307072

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA }
COUNTY OF SANTA CLARA } SS

I, Brenda Davis, Santa Clara County Clerk-Recorder, do hereby certify that this is a true and exact reproduction of the document officially registered in my office.

Witness my hand and official seal this __8th__ day

of __February__, 20 00.

*Brenda Davis*
BRENDA DAVIS, COUNTY CLERK-RECORDER

By __Cristina Fasulo__
Deputy

This copy not valid unless prepared on engraved border displaying seal and signature of Deputy County Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE




Emblem of the
**United States of Mexico**
Federal District
Central Office of Civil Registry Mexico City

In the name of the Republic of Mexico and as a judge in the Federal Civil Registry, I certify that the archives of this court this information is recorded for the following holder;

| Jurisdiction | Book | Folder | Year of Registration |
|---|---|---|---|
| SJA | 12 | 313 | 1977 |

## CERTIFICATE OF BIRTH

No . 245880

In Federal District of Mexico at ten hours of the day 11 April 1977 in my presence Alfonso Vazquez Coello official of the Civil Registry appeared Rafael Alejandro Cruz and Paula Josefina Alonso and presented a live baby girl named: *Nancy Judith Cruz Alonso* who was born at hours of four on December 25,1976

### Parents

**Father** *Rafael Alejandro Cruz*  Age: 24,        employed  Nationality: Mexican
Residing at Henry Ford 3916-4
Mother : *Paula Josefina Alonso* Age: 20 , Housewife  Nationality: Mexican

### Grandparents

Paternal Grandfather   :  Carlos Cruz
Paternal Grandmother :  Martha Garcia      residing at Jesus Maria 127
Maternal Grandfather  :  Manuel Alonso          ,deceased
Maternal Grandmother : Rosa Carrasco
Residing at Valle de Aragon. Mex.

### Witnesses

Rosa Carrasco age 46, housewife residing at Valle de Aragon. Mex.
Rocio Alonso  Age 23, Housewife      residing at Jesus Maria 128
Signatures of  Witnesses , clerk and seal of

Bureau of Civil Registry
City of Mexico
Recorded 31 January 1992

State of California        )
County of Santa Clara     )
I CERTIFY THAT I AM COMPETENT TO TRANSLATE SPANISH INTO ENGLISH AND ENGLISH INTO SPANISH AND FURTHER CERTIFY THAT THE FOREGOING ENGLISH TRANSLATION IS A COMPLETE AND CORRECT TRANSLATION OF THE ATTACHED SPANISH LANGUAGE DOCUMENT.

Translation by:

SEAL:                                          *Ronna Gilani*

940 Saratoga Ave.  Suite 112, San Jose, CA 95129 • Tel: (408) 554-1318 • Fax (408) 554-1751

DA-237-111-91                                          DAF-UDCV-00

"C" № 245880



En nombre de los Estados Unidos Mexicanos y como Juez
del Registro Civil en el Distrito Federal, certifico que en el
archivo de este Juzgado se encuentra un acta del tenor
siguiente:

| JUZGADO | LIBRO | FOJA O FOLIO | AÑO DE REGISTRO |
|---------|-------|--------------|-----------------|
| SJA | 12 | 313 | 1972 |

DEPARTAMENTO
DEL
DISTRITO FEDERAL

313

## ACTA DE NACIMIENTO

ida Núm. 313

intos trece

ruz Alonso

diez y diech

En _Mexico_ Distrito Federal, a las _diez horas_
_____ del día _once_
_____ de _Abril_ de mil novecientos _setenta y siete_
ante mi _Alfonso Vazquez Coello_
Oficial del Registro Civil, comparece _Rafael Alejandro Cruz y Paula Josefina
Alonso_ y presentan una _a_
niña _Nancy Judith Cruz Alonso_ que na
a las _cuatro horas_
_____ del día _veinticinco_ de _Diciembre_
de _Mil novecientos setenta y seis_
en _Aguas 10 de esta Ciudad_

### PADRES

Nombres: _Rafael Alejandro Cruz_        _Paula Josefina Alonso_
Edad: _veinticuatro años_               _veinte años_
Ocupación: _empleado_                   _hogar_
Nacionalidad: _Mexicana_               _Mexicana_
Domicilio: _Army Ford 2915-4_

### ABUELOS PATERNOS

Nombres: _Carlos Cruz_                  _Martha Garcia_
Domicilio: _Jesus Maria 127_

### ABUELOS MATERNOS

Nombres: _Manuel Alonso_               _Rosa Carrasco_
Domicilio: _Jareda_                     _Valle de Bravo, Mexico_

### TESTIGOS

Nombres: _Rosa Carrasco_               _Rocio Alonso_
Edad: _cuarenta y seis años_           _veintitres años_
Ocupación: _hogar_                     _hogar_
Domicilio: _Valle de Bravo, Mexico_    _Jesus Maria 122_

Los testigos declaran que _los padres_ de la niña presentad a
son de Nacionalidad _Mexicana_
la comparecientes que tiene su domicilio en el lugar citado

Leida la presente acta la ratificaron y firm los que saben: Doy fe

_Rafael Cruz_            _Josefa Alonso de Cruz_

_Rosa C.B._             _Rosa Alonso R. Angeles_

ES COPIA FIEL DE SU ORIGINAL QUE EXPIDO EN LA
CIUDAD DE MEXICO, A 31 DE    ENERO   DE 1992.
EL TITULAR DEL REGISTRO CIVIL
DE LA CIUDAD DE MEXICO.

En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se acuda a la representación diplomática o ciudad más cercana. Para su protección escriba nombre y dirección de una persona a quien se pueda avisar en caso de emergencia. Alejandro Cruz

Nombre: Nancy Judith Cruz Alonso
Dirección: Valle de Merca 98-B 003
Entidad Federativa: C.Nueva B20. Mex.
C.P. 57/00   Teléfono: 57-80-0696

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS / ADRESSE DU TITULAIRE

Dirección: _____
Entidad Federativa: _____
C.P. _____   Teléfono: _____

Firma del titular / Holder's signature / Signature du titulaire

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES
THIS PASSPORT IS VALID FOR ALL COUNTRIES
CE PASSPORT EST VALABLE POUR TOUS PAYS

**ESTADOS UNIDOS MEXICANOS**

| PASAPORTE PASSPORT PASSEPORT | Tipo/Type/ Catégorie | Clave del país de expedición/Code of issuing State/Code du pays émetteur | Pasaporte No. / Passport No. / No. du Passeport |
|---|---|---|---|
| | P | MEX | 99350056506 |

Apellidos/Surname/Nom
**CRUZ**

Nombre/Given names/Prénoms
**ALONSO**
**NANCY JUDITH**

Nacionalidad/Nationality/Nationalité          CURP/Personal No./No. personnel
**MEXICANA**

Fecha de nacimiento/Date of birth/Date de naissance
**25 DIC 1976**

Sexo/Sex/Sexe          Lugar de nacimiento/Place of birth/Lieu de naissance
**F          MEXICO, D.F.**

Fecha expedición/Date of issue/Date de délivrance     Fecha caducidad/Expiration date/Date d'expiration
**19 NOV 1999                19 NOV 2000**

Autoridad/Authority/Autorité          Observaciones/Remarks/Observations
**G. A. MADERO**



P<MEXC Z<ALONSO<<NANCY<JUDITH<<<<<<< '<<<<
3500565068MEX7612253F0011190<<<<<<<<<<<<<<8

# Visa Bulletin

*Number 112*
*Volume VIII*
*Washington, D.C.*

## VISA BULLETIN FOR NOVEMBER 2007

### A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **November**. Consular officers are required to report to the Department of State documentarily qualified applicants for numerically limited visas; the Bureau of Citizenship and Immigration Services in the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible under the numerical limitations, for the demand received by October **5th** in the chronological order of the reported priority dates. If the demand could not be satisfied within the statutory or regulatory limits, the category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a priority date **earlier than** the cut-off date may be allotted a number. Immediately that it becomes necessary during the monthly allocation process to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-off date.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000. The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits, i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. Section 203 of the INA prescribes preference classes for allotment of immigrant visas as follows:

#### FAMILY-SPONSORED PREFERENCES

**First:** Unmarried Sons and Daughters of Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any) by which the worldwide family preference level exceeds 226,000, and any unused first preference numbers:

A. Spouses and Children: 77% of the overall second preference limitation, of which 75% are exempt from the per-country limit;

B. Unmarried Sons and Daughters (21 years of age or older): 23% of the overall second preference limitation.

**Third:** Married Sons and Daughters of Citizens: 23,400, plus any numbers not required by first and second preferences.

**Fourth:** Brothers and Sisters of Adult Citizens: 65,000, plus any numbers not required by first three preferences.

#### EMPLOYMENT-BASED PREFERENCES

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability:

28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers:  28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "Other Workers".

**Fourth:** Certain Special Immigrants:  7.1% of the worldwide level.

**Fifth:** Employment Creation:  7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of P.L. 102-395.

4.  INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in the order in which a petition in behalf of each has been filed.  Section 203(d) provides that spouses and children of preference immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal.  The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand exceeds the per-country limit.  These provisions apply at present to the following oversubscribed chargeability areas:  CHINA-mainland born, INDIA, MEXICO, and PHILIPPINES.

5.  On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available.  (NOTE:  Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Fam-ily | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPP-INES |
|---|---|---|---|---|---|
| 1st | 08DEC01 | 08DEC01 | 08DEC01 | 01JUN92 | 22JUL92 |
| 2A | 15DEC02 | 15DEC02 | 15DEC02 | 01MAY02 | 15DEC02 |
| 2B | 15SEP98 | 15SEP98 | 15SEP98 | 15MAR92 | 22DEC96 |
| 3rd | 01MAR00 | 01MAR00 | 01MAR00 | 08JUN92 | 01MAR91 |
| 4th | 22MAY97 | 08SEP96 | 22JUN96 | 22AUG94 | 08AUG85 |

**\*NOTE:**  For November, 2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates **earlier** than 01MAY02.  2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01MAY02 and earlier than 15DEC02. (All 2A numbers provided for MEXICO are exempt from the per-country limit; there are no 2A numbers for MEXICO subject to per-country limit.)

| | All Charge-ability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIP-PINES |
|---|---|---|---|---|---|
| Employ-ment-Based | | | | | |
| 1st | C | C | C | C | C |
| 2nd | C | 01JAN06 | 01APR04 | C | C |
| 3rd | 01AUG02 | 01SEP01 | 22APR01 | 22APR01 | 01AUG02 |

| | | | | | |
|---|---|---|---|---|---|
| Other Workers | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 | 01OCT01 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th | C | C | C | C | C |
| Targeted Employ-ment Areas/ Regional Centers | C | C | C | C | C |

The Department of State has available a recorded message with visa availability information which can be heard at: (area code 202) 663-1541. This recording will be updated in the middle of each month with information on cut-off dates for the following month.

Employment Third Preference Other Workers Category: Section 203(e) of the NACARA, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

## B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the Immigration and Nationality Act provides a maximum of up to 55,000 immigrant visas each fiscal year to permit immigration opportunities for persons from countries other than the principal sources of current immigration to the United States. The Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997 stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This reduction has resulted in the DV-2008 annual limit being reduced to 50,000**. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For **November**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 10,000 | Except: Egypt: 6,000 Ethiopia: 5,000 Nigeria: 6,300 |
| ASIA | 3,500 | |
| EUROPE | 9,200 | |
| NORTH | | |

| | | |
|---|---|---|
| AMERICA (BAHAMAS) | 3 | |
| OCEANIA | 500 | |
| SOUTH AMERICA, and the CARIBBEAN | 700 | |

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2008 program ends as of September 30, 2008. DV visas may not be issued to DV-2008 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2008 principals are only entitled to derivative DV status until September 30, 2008. DV visa availability through the very end of FY-2008 cannot be taken for granted. Numbers could be exhausted prior to September 30.

## C. ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN DECEMBER

For **December**, immigrant numbers in the DV category are available to qualified DV-2008 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers **BELOW** the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 11,100 | Except: Egypt: 8,400 Ethiopia: 6,950 Nigeria: 6,900 |
| ASIA | 4,750 | |
| EUROPE | 11,100 | |
| NORTH AMERICA (BAHAMAS) | 3 | |
| OCEANIA | 675 | |
| SOUTH AMERICA, and the CARIBBEAN | 900 | |

## D. EMPLOYMENT VISA AVAILABILITY IN THE COMING MONTHS

There has been no forward movement of the Employment cut-off dates for November. The reason for this is that it is still too early to see what impact the movement of the cut-off dates toward the end of FY-2007 may have on demand. Depending on the rate of demand being received from Citizenship and Immigration Services offices for adjustment of status cases, some forward movement of dates may be possible for December.

## E. OBTAINING THE MONTHLY VISA BULLETIN

The Department of State's Bureau of Consular Affairs offers the monthly "Visa Bulletin" on the INTERNET'S WORLDWIDE WEB. The INTERNET Web address to access the Bulletin is:

**http://travel.state.gov**

From the home page, select the VISA section which contains the Visa Bulletin.

To be **placed on** the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

**listserv@calist.state.gov**

and in the message body type:
**Subscribe Visa-Bulletin** *First name/Last name*
*(example: Subscribe Visa-Bulletin Sally Doe)*

To be **removed from** the Department of State's E-mail subscription list for the "Visa Bulletin", send an e-mail message to the following E-mail address:

**listserv@calist.state.gov**

and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message with visa cut-off dates which can be heard at: (area code 202) 663-1541. The recording is normally updated by the middle of each month with information on cut-off dates for the following month.

Readers may submit questions regarding Visa Bulletin related items by E-mail at the following address:

**VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO:October 5, 2007