# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Akbar HOSSEINI

**E-FILING**

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

**C07  05862 JW**

**RS**

Michael B. Mukasey, Attorney General of the
United States

TO: (Name and address of defendant)

Michael B. Mukasey, Robert S. Mueller, Michael Chertoff, Emilio T. Gonzales, Rosemary Melville, Francis
D. Siciliano

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore C. Chen
Law Offices of Farshad Owji P.A.
473 Jackson Street 2 FL
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 60    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____
CLERK

DATE 11/20/2007
_____

_____
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>11/20/2007 |
| Name of SERVER<br>Tuna GOKTAS | TITLE<br>Legal Assistant |

| Check one box below to indicate appropriate method of service |
|---|

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other *(specify):*

       See the Attachment

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/20/2007___
         *Date*

                    *Signature of Server*
                    Law Offices of Farshad Owji P.A.
                    473 Jackson Street 2Fl. San Francisco, CA 94111
                    *Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the law offices of Farshad Owji, P.A. in San Francisco, California. My business address is Four Hundred Seventy Three Jackson Street, Second Floor in San Francisco, California 94111.

On November 20, 2007 I served **SUMMONS, CIVIL COVER SHEET,COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES, STANDING ORDER FOR CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, GENERAL ORDER NO. 40, ECF REGISTRATION INFORMATION HANDOUT, GENERAL ORDER NO.45 ELECTRONIC CASE FILING, GENERAL ORDER NO. 53,** on persons or entities named below by enclosing a copy in an envelope addressed as show below and mailed **certified mail return receipt requested** through U.S. Postal Service at Gateway Station San Francisco, CA 94126.

Date of mailing: November 20, 2007. Place of mailing: San Francisco, California.

Person(s) and/or Entity (ies) to whom served:

Michael B. Mukasey, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Av. NW, Room B-103 Washington, DC 20530

Robert Mueller, Director of FBI
J. Edgar Hoover Building
935 Pennsylvania Ave. NW Washington, DC 20535

Michael Chertoff, Secretary of U. S. Department of Homeland Security
Secretary of the DHS
Department of Homeland Security Washington, DC 20530

Emilio T. Gonzalez, Director of USCIS
DHS/Citizenship and Immigration Services
20 Massachusetts Ave. NW Washington, DC 20529

Rosemary Melville, District Director
USCIS San Francisco District Office
DHS/USCIS San Francisco District office
630 Sansome Street San Francisco, CA 94111

Francis D. Siciliano, Officer in Charge
USCIS San Jose Sub Office
DHS/USCIS San Jose Sub Office
1887 Monterey Road San Jose, CA 95112

Scott Schools, U.S. Attorney
Northern District of California
U.S. Attorney's Office San Jose Branch
150 Almaden Blvd. Suite 900 San Jose, CA 95113

I declare under penalty of perjury laws of the United States of America that the foregoing is true and accurate.

I declare that I am employed in the office of a member of bar of this court at whose direction the service was made.

Executed on: November 20, 2007 at San Francisco, California.

Tuna Goktas