JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKBAR HOSSEINI,<br><br>               Plaintiff,<br><br>               v.<br><br>MICHAEL B. MUKASEY, Attorney General<br>of the United States, in his official capacity;<br>ROBERT S. MUELLER, Director of FBI,<br>in his official capacity;<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security,<br>in his official capacity;<br>EMILIO T. GONZALEZ, Director of the United<br>States Citizenship and Immigration Service,<br>in his official capacity;<br>ROSEMARY MELVILLE, District Director<br>of the San Francisco District Office of the<br>United States Citizenship and Immigration<br>Services, in her official capacity;<br>FRANK D. SICILIANO, Director of San Jose<br>Field Office of the United States Citizenship<br>and Immigration Services, in his official capacity,<br><br>               Defendants. | No. C 07-5862 JW<br><br>**ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Complaint for Declaratory and

Injunctive Relief and for a Writ in the Nature of Mandamus to Compel Defendants' Determination

of Form N-400, Application for Naturalization.

ANSWER
C07-5862 JW                                    1

## INTRODUCTION

The first and second unnumbered paragraphs consists of Plaintiff's characterizations of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in these paragraphs.

## JURISDICTION

The third unnumbered paragraph consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations contained in this paragraph.

The fourth unnumbered paragraph consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

The fifth unnumbered paragraph consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

The sixth unnumbered paragraph consists of Plaintiff's allegation regarding costs and attorney fees, to which no responsive pleading is required.

## INTRADISTRICT ASSIGNMENT

The seventh unnumbered paragraph consist solely of Plaintiff's allegations regarding intradistrict assignment for which no answer is necessary.

## VENUE

The eighth unnumbered paragraph consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations contained in this paragraph.

## PARTIES

Defendants admit the allegations in the ninth unnumbered paragraph.

Defendants admit the allegations in the tenth unnumbered paragraph.

Defendants admit the allegations in the eleventh unnumbered paragraph.

Defendants admit the allegations in the twelfth unnumbered paragraph.

Defendants admit the allegations in the thirteenth unnumbered paragraph.

Defendants admit the allegations in the fourteenth unnumbered paragraph.

1  Defendants admit the allegations in the fifteenth unnumbered paragraph.

2  ### THE CHALLENGED PRACTICE

3  The sixteenth unnumbered paragraph of Plaintiff's conclusion of law for which no answer is

4  required; however, to the extent that such allegations are deemed to require an answer, Defendants

5  deny the allegations contained in this paragraph.

6  ### FACTUAL ALLEGATIONS

7  1. Defendants admit the allegations in Paragraph One.

8  2. Defendants admit the allegations in Paragraph Two.

9  3. Defendants admit the allegations in Paragraph Three.

10  4. Defendants are without sufficient information to admit or deny the allegations in Paragraph

11  Four.

12  5. Defendants admit the allegations in Paragraph Five.

13  6. Defendants admit the allegations in Paragraph Six; however, Defendants are without

14  sufficient information to admit or deny the allegation the "likelihood" that Plaintiff's application

15  will remain pending "for years."

16  7. Defendants admit the allegations in Paragraph Seven.

17  8. Defendants are without sufficient information to admit or deny the allegations in Paragraph

18  Eight.

19  9. Defendants are without sufficient information to admit or deny the allegations in Paragraph

20  Nine.

21  10. Defendants are without sufficient information to admit or deny the allegations in

22  Paragraph Ten.

23  11. Defendants are without sufficient information to admit or deny the allegations in

24  Paragraph Eleven.

25  ### CLAIMS

26  1. Defendants deny the allegations in Paragraph One.

27  2. Defendants deny the allegations in Paragraph Two.

28  3. Defendants deny the allegations in Paragraph Three.

ANSWER
C07-5862 JW                    3

4. Defendants are without sufficient information to admit or deny the allegations in Paragraph Four.

5. Defendants deny the allegations in Paragraph Five.

### REQUEST FOR RELIEF

The remaining paragraphs under the heading "Request for Relief" consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

### FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///

///

///

ANSWER
C07-5862 JW                    4

1    WHEREFORE, Defendants pray for relief as follows:

2    That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's

3 Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief

4 as it deems just and proper under the circumstances.

5 Dated: January 22, 2008                    Respectfully submitted,

6                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
7

8                                             _____/s/_____
                                              ILA C. DEISS
9                                             Assistant United States Attorney
                                              Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C07-5862 JW                         5