1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 AKBAR HOSSEINI,                          )
                                            ) No. C 07-5862 JW
13              Plaintiff,                  )
                                            )
14       v.                                 )
                                            ) **STIPULATION TO DISMISS; AND**
15 MICHAEL B. MUKASEY, Attorney General     ) **[PROPOSED] ORDER**
   of the United States, in his official capacity; )
16 ROBERT S. MUELLER, Director of FBI,      )
   in his official capacity;                )
17 MICHAEL CHERTOFF, Secretary of the       )
   Department of Homeland Security,         )
18 in his official capacity;                )
   EMILIO T. GONZALEZ, Director of the United )
19 States Citizenship and Immigration Service, )
   in his official capacity;                )
20 ROSEMARY MELVILLE, District Director     )
   of the San Francisco District Office of the )
21 United States Citizenship and Immigration )
   Services, in her official capacity;      )
22 FRANK D. SICILIANO, Director of San Jose )
   Field Office of the United States Citizenship )
23 and Immigration Services, in his official capacity,)
                                            )
24              Defendants.                 )
                                            )
25

26      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

27 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

28 action without prejudice because the United States Citizenship and Immigration Services agrees to

   Stipulated Dismissal; and Order
   C07-5862 JW                              1

adjudicate Plaintiff's application for naturalization within 30 days from receiving Plaintiff's sworn statement, which is due March 14, 2008, provided Plaintiff does not commit a disqualifying act in the interim. *See* 8 U.S.C. § 1447(b).

Each of the parties shall bear their own costs and fees.

Dated: February 28, 2008              Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                      _____/s/_____
                                      ILA C. DEISS[1]
                                      Assistant United States Attorney

Dated: February 29, 2008

                                      _____/s/_____
                                      THEODORE C. CHEN
                                      Attorney for Plaintiff

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                      JAMES WARE
                                      United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal; and Order
C07-5862 JW                           2