JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AKBAR HOSSEINI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General of the United States, in his official capacity; ROBERT S. MUELLER, Director of FBI, in his official capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his official capacity; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Service, in his official capacity; ROSEMARY MELVILLE, District Director of the San Francisco District Office of the United States Citizenship and Immigration Services, in her official capacity; FRANK D. SICILIANO, Director of San Jose Field Office of the United States Citizenship and Immigration Services, in his official capacity, <br><br> Defendants. | No. C 07-5862 JW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to

Stipulated Dismissal; and Order
C07-5862 JW                                    1

1 adjudicate Plaintiff's application for naturalization within 30 days from receiving Plaintiff's sworn
2 statement, which is due March 14, 2008, provided Plaintiff does not commit a disqualifying act in
3 the interim.  *See* 8 U.S.C. § 1447(b).
4     Each of the parties shall bear their own costs and fees.

| | |
|---|---|
| Dated: February 28, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| |              /s/<br>ILA C. DEISS[1]<br>Assistant United States Attorney |
| Dated: February 29, 2008 | |
| |              /s/<br>THEODORE C. CHEN<br>Attorney for Plaintiff |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.
The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

Date:    March 11, 2008

JAMES WARE
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal; and Order
C07-5862 JW                                                          2